UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

**UNITED STATES OF AMERICA,**
　　　　　　　Plaintiff/Appellee

C.A. No. 13-1865

**JOSEPH CARAMADRE**
　　　　　　　Defendant/Appellant

## MOTION FOR LEAVE TO FILE REPLY BRIEF
## TWO BUSINESS DAYS LATE, INSTANTER

　　Now comes the Defendant/Appellant, through counsel, and hereby moves this Honorable Court for leave to submit his reply brief in the above-referenced matter today, two business days late, *instanter*. For reason, counsel informs the Court that due to an exceptionally large caseload, additional time was required to file the brief.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　Joseph Caramadre,
　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　/s/ Randy Olen
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Randy Olen, Esq.
　　　　　　　　　　　　　　　　　478A Broadway
　　　　　　　　　　　　　　　　　Providence, RI 02909
　　　　　　　　　　　　　　　　　(401) 274-1400
　　　　　　　　　　　　　　　　　(401) 274-2480 (fax)

## CERTIFICATION

　　I hereby certify that on the 29th day of July, 2013, I caused to be delivered, via electronic delivery, a true copy of the within Motion to **Reply** *Brief* to Donald C. Lockhart, Esq., John P. McAdams, Esq., and Lee H. Vilker, Esq. at the U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

　　　　　　　　　　　　　　　　　/s/ Randy Olen
　　　　　　　　　　　　　　　　　_____