# United States Court of Appeals
## For the First Circuit

No. 13-1865

UNITED STATES

Appellee

v.

JOSEPH CARAMADRE

Defendant - Appellant

**ORDER OF COURT**

Entered: July 30, 2013
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to file his reply brief instanter is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Donald Campbell Lockhart
John P. McAdams
Lee H. Vilker
Randy Olen
William J. Murphy