# United States Court of Appeals
## For the First Circuit

No. 13-1865

UNITED STATES,

Appellee,

v.

JOSEPH CARAMADRE,

Defendant, Appellant.

Before

Lynch, Chief Judge,
Torruella and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: August 9, 2013

     Appellant Joseph Caramadre appeals from the district court's denial of his motion for reconsideration regarding pre-sentencing detention. Having reviewed the parties' briefs and relevant portions of the record, we conclude that the appeal does not present a "substantial question," Local Rule 27.0(c), as to whether the district court clearly erred in ruling that Caramadre is a flight risk and/or a danger to the community. See 18 U.S.C. § 3143(a)(1). Accordingly, we **AFFIRM**.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Donald Lockhart
John McAdams
Lee Vilker
Randy Olen

Joseph Caramadre
William Murphy