# United States Court of Appeals
## For the First Circuit

No. 13-1865

UNITED STATES

Appellee

v.

JOSEPH CARAMADRE

Defendant - Appellant

**MANDATE**

Entered: September 3, 2013

    In accordance with the judgment of August 9, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Joseph A. Caramadre
Donald Campbell Lockhart
John P. McAdams
William J. Murphy
Randy Olen
Lee H. Vilker